# COURT PROCEEDING MEMO
## CONFIRMATION HEARING/TRUSTEE'S SHOW CAUSE

DATE: APRIL 19, 2010         **XX** CONTINUED HEARING
TIME: 9:30AM                 ___ WITH CONDITIONS
CASE #: 09-62954
IN RE: VICTORIA ALEXANDRA JOYCE    PRESENT: ✓ X
COUNSEL FOR DEBTOR(S): SLAYTON/M   PRESENT: ✓  By: Woodruff
TRUSTEE: BESKIN/H   PRESENT: ✓

---

**XX**   CONFIRMATION HEARING

**XX**   TRUSTEE'S MOTION TO DISMISS/CONVERT

---

### OBJECTIONS

| CREDITOR: | COUNSEL | PRESENT |
|---|---|---|
| THOMAS P. JOYCE (DKT #21) | LITTLE/D | ✓ |
| OLD DOMINION NATIONAL BANK (DKT #39) | PARKER/J | X |

| MODIFIED PLAN FILED: | SET FOR: |
|---|---|
| AMENDED PLAN (DKT #34) | APRIL 19, 2010 |
| | |

|  |  |
|---|---|
| | PLAN CONFIRMED |
| | CASE DISMISSED |
| | ATTORNEY FEE REQUEST |

| | |
|---|---|
| ✓ CONFIRMATION HEARING CONTINUED | DATE: 6-21-10 @ 9:30 |
| ☐ TRUSTEE'S MOTION TO DISMISS/CONVERT CONTINUED | DATE: |
| ✓ TRUSTEE'S MOTION TO DISMISS/CONVERT CONTINUED WITH CONDITIONS ORDER DUE FROM: Woodruff | DATE: 6-21-10 @ 9:30 |

### COMMENTS

|  |
|---|
|  |
|  |
|  |

FOR THE COURT:
WILLIAM E. ANDERSON, U.S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & COMPANY, COURT REPORTERS (804) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

***NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.