# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:       Victoria Alexandra Joyce                     Chapter 13
                                                          Case No. 09-62954

## ORDER ON MOTION TO EXTEND CONDITIONS AND FOR CONTINUANCE OF TRUSTEE'S MOTION TO DISMISS

AND NOW, upon consideration of Debtor's Motion to Extend Conditions and for Continuance of Trustee's Motion to Dismiss, it is hereby

### ORDERED and DECREED

that said motion is granted and the Trustee's Motion to Dismiss and Conditions are continued to June 21, 2010 at 9:30 a.m.

Dated: April 23, 2010

_____
U.S. Bankruptcy Judge

I ask for this:

/s/ Marshall M. Slayton
MARSHALL M. SLAYTON
BOYLE, BAIN, REBACK & SLAYTON
420 Park Street
Charlottesville, VA  22902
434-979-7900
Counsel for Debtors

Seen:

/s/ Herbert Beskin_____
Herbert L. Beskin
Chapter 13 Trustee

1