**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE *AS OF 06/02/2014 # of months: 1 |
|---|---|---|---|
| **VICTORIA ALEXANDRA JOYCE** | **09-62954** | **05/05/2014** | **$73000.00** |

### TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtor, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtor aforementioned has failed to pay a lump sum of $73,000.00 from sale of non-residential real estate by 3/23/2013.

**PLEASE TAKE NOTICE** that on **August 11, 2014** at **9:30 A.M.**, in United States Bankruptcy Courtroom 200, United States Courthouse, 255 West Main Street, Charlottesville, VA  22902-the Trustee will present and argue the foregoing Petition to Dismiss.

***The Trustee may request immediate dismissal of the case unless Debtor and Debtor's counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.***

I hereby certify that on June 02, 2014, copies of this Petition and Notice have been mailed to, Debtor, VICTORIA ALEXANDRA JOYCE, 4952 CHRISTMAS HILL LN, NORTH GARDEN, VA  22959, and that the Attorney for the Debtor has been notified electronically by ECF.

/s/ Herbert L. Beskin

Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net